# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**EXPRESS DAMAGE RESTORATION LLC,** a/a/o **ANTONIO GARCIA,**
Appellant,

v.

**CITIZENS PROPERTY INSURANCE CORPORATION,**
Appellee.

No. 4D21-241

[July 8, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Sandra Bosso-Pardo, Judge; L.T. Case Nos. 50-2017-CC-005150-XXXX-MB and 50-2019-AP-000190-CAXX-MB.

Erik D. Diener of The Diener Firm, P.A., Plantation, for appellant.

C. Ryan Jones and Scot E. Samis of Traub Lieberman Straus & Shrewsberry LLP, St. Petersburg, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., CIKLIN and GERBER, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*